

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00126-CR

Albino **CEDILLO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0019-CR
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The reporter's record was originally due by April 18, 2022. On that day, the court reporter filed a notification explaining she has not filed the record because she has not received payment. She requests a forty-five day extension of time, and for the extension to be calculated from the day she receives payment. After consideration, we **grant** the court reporter's request and **order** the court reporter to file the record **by June 3, 2022**. We further **order** the court reporter to file a notification indicating whether she has received payment **by Monday, April 25, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court